JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WILSON, | Case No. CV 16-7623-PA (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| W.L. MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 5, 2017

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE